NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
KEVIN J. BUTLER (Cal. Bar No. Pending)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6495
     Facsimile: (213) 894-6269
     E-mail:   kevin.butler2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-00876-SJO |
|---|---|
| Plaintiff, | NOTICE OF RE-ASSIGNMENT OF CRIMINAL CASE |
| v. | |
| ANDERSON SAM BONILLA ECHEGOYEN, | |
| Defendant. | |

Plaintiff, United States of America, hereby advises the court that the above captioned case has been re-assigned to a new Assistant United States Attorney ("AUSA") as follows:

| Role | Name | E-mail Address |
|---|---|---|
| Previously Assigned AUSA | Benedetto L. Balding | Benedetto.balding@usdoj.gov |
| Newly Assigned AUSA | Kevin J. Butler | kevin.butler2@usdoj.gov |

//

//

//

　　　Please make all necessary changes to the Court's Case Management/Electronic Case Filing system to ensure that the newly assigned AUSA is associated with this case and receives all e-mails related to filings in this case, and that the previously assigned AUSA is removed from the docket.

Dated: January 24, 2019　　　　　　Respectfully submitted,

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division


　　　　　　/s/Kevin J. Butler
KEVIN J. BUTLER
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA