# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:18-CR-00876          Recorder: CS 02/19/2019          Date: 02/19/2019

Present: The Honorable Suzanne H. Segal, U.S. Magistrate Judge

Court Clerk: Connie Chung                    Assistant U.S. Attorney: AUSA - Matthew Rosenbaum

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| Anderson Sam Bonilla Echegoyen CUSTODY | David Wasserman - Appointed | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge S. James Otero.
It is ordered that the following date(s) and time(s) are set:
   Jury Trial 4/16/2019 at 9:00 AM
   Counsel are referred to the assigned judge's trial/discovery order located on the Court's website, Judges' Procedures and Schedules.

PIA: 00 : 02
Initials of Deputy Clerk: JM

cc: Statistics Clerk, PSALA USMLA