DAVID I. WASSERMAN, DFPD
321 EAST 2ND STREET
LOS ANGELES, CA 90012
213-894-2854 (o)
213-894-0081 (f)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>ANDERSON SAM BONILLA ECHEGOYEN<br><br>DEFENDANT. | CASE NUMBER<br><br>18-876-SJO<br><br>**APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION**<br>**(18 U.S.C. §3142) AND REQUEST FOR HEARING** |

Application is made by ☐ plaintiff ☑ defendant ANDERSON SAM BONILLA ECHEGOYEN that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____

☑ Magistrate Judge SUZANNE H. SEGAL _____ by order dated: 02/19/2019

    ☐ denying release and imposing detention under subsection ☐ (d) or ☑ (e) of Title 18 U.S.C. §3142; or
    ☐ ordering release upon certain conditions, or
    ☐ denying detention.

This application is made ☑ pre-sentence ☐ post-sentence based on the following facts not previously considered by said judicial officer or changed circumstances as follows:
DEFENDANT'S PROFFERS ADDITIONAL SURETIES BEYOND THOSE OFFERED AT THE INITIAL APPEARANCE/DETENTION HEARING. DEFENDANT PROFFERS APPROXIMATELY $85,000 IN UNSECURED AFFIDAVITS.

Relief sought *(be specific)*:
CONDITIONAL RELEASE

Counsel for the defendant and plaintiff United States Government consulted on _____ and opposing counsel declines to stipulate to an order providing the relief sought.

☑ Telephonic notice given to ☑ AUSA ☐ Defendant's Counsel ☐ PSA ☐ Interpreter ☐ USM ☐ Probation on 3/15/19 _____ .

An interpreter is ☑ required ☐ not required. Language Spanish (for one of the sureties; deft. speaks English)
Defendant is ☑ in custody ☐ not in custody.

| | |
|---|---|
| 3/18/19<br>Date | /s/ David I. Wasserman<br>Moving Party |