DAVID I. WASSERMAN, DFPD  
321 EAST 2ND STREET  
LOS ANGELES, CA 90012  
213-894-2854 (o)  
213-894-0081 (f)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br>v.<br><br>ANDERSON SAM BONILLA ECHEGOYEN<br><br><br>DEFENDANT. | CASE NUMBER<br><br>18-876-SJO<br><br>NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION,<br>(18 U.S.C. §3142) |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☒ is approved. The matter is set on calendar for hearing before:

☐ District Judge _____

☒ Magistrate Judge  SUZANNE H. SEGAL

on  3/26/19           at  3:30        ☐ a.m. ☒ p.m.

in courtroom  590                              .

☐ is not approved.

☐ Other: _____

An interpreter is ☒ required  ☐ is not required.  Language  Spanish  
Defendant is ☒ in custody  ☐ not in custody.

Clerk, U. S. District Court

| 3/22/19 | John Lopez | 213-894-2554 |
|---|---|---|
| Date | Deputy Clerk | Contact Phone Number |

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:  
cc:  ☐ Probation   ☒ Interpreter's Office   ☒ PSA.

---

NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142)  
CR-88A (10/09)