*United States Probation & Pretrial Services*

United States District Court
Central District of California

Michelle A. Carey
Chief Probation & Pretrial Services Officer



Douglas B. Bys
Deputy Chief Probation & Pretrial Services Officer

March 29, 2019



FILED
CLERK, U.S. DISTRICT COURT

03/29/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

United States District Court
Los Angeles, California

        Re: **Release Order Authorization**
           **Defendant: Bonilla Echegoyan, Anderson**
           **Docket # 2:18CR00876-01**

To Whom It May Concern:

On March 26, 2019, the defendant's bond was set by the Honorable Suzanne H. Segal. Special conditions of the bond include: **RELEASE TO PRETRIAL SERVICES ONLY,** for placement in the location monitoring program.

Please be advised that the defendant has been found acceptable for placement.

If you determine that the bond has been satisfied, please prepare a release order with the **RELEASE TO PRETRIAL SERVICES ONLY** box checked for the duty Magistrate Judge's signature.

        Sincerely,

        *[signature]*

        Brenda L. Mercado
        Senior U.S. Pretrial Services Officer
        (213) 894-3464

| Headquarters | Riverside Branch | Santa Ana Branch |
|---|---|---|
| Edward R. Roybal Federal Building and U.S. Courthouse | George E. Brown, Jr. Federal Building and U.S. Courthouse | Ronald Reagan Federal Building and U.S. Courthouse |
| 255 East Temple Street, Suite 1410 | 3470 Twelfth Street, Suite 161 | 411 West Fourth Street, Suite 4070 |
| Los Angeles, CA 90012-3332 | Riverside, CA 92501-3801 | Santa Ana, CA 92701-4596 |
| 213-894-4726 / FAX 213-894-0231 | 951-328-4490 / FAX 951-328-4489 | 714-338-4550 / FAX 714-338-4570 |