NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
KEVIN J. BUTLER (Cal. Bar No. Pending)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6495
    Facsimile: (213) 894-6269
    E-mail:    kevin.butler2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-00876-SJO |
|---|---|
| Plaintiff, | STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| ANDERSON SAM BONILLA ECHEGOYEN, aka "Anderson Samuel Bonilla," aka "Anderson Sam Echegoyen," aka "Anderson Sam Bonilla-Echegoyen," | **CURRENT TRIAL DATE:** **April 16, 2019** **PROPOSED TRIAL DATE:** **September 10, 2019** |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Kevin J. Butler, and defendant ANDERSON SAM BONILLA ECHEGOYEN ("defendant"), both individually and by and through his counsel of record, Deputy Federal Public Defender David I. Wasserman, hereby stipulate as follows:

1. The Indictment in this case was filed on December 18, 2018. Defendant first appeared before a judicial officer of the court in which the charges in this case were pending on February 19, 2019. The Speedy Trial Act, 18 U.S.C. § 3161, originally required that the trial commence on or before April 30, 2019.

2. On February 19, 2019, the Court set a trial date of April 16, 2019.

3. As of March 26, 2019, defendant is to be released on bond pending trial. The parties estimate that the trial in this matter will last approximately one to two days.

4. By this stipulation, defendant moves to continue the trial date to September 10, 2019. This is the first request for a continuance.

5. Defendant requests the continuance based upon the following facts, which the parties believe demonstrate good cause to support the appropriate findings under the Speedy Trial Act:

   a. Defendant is charged with violations of 18 U.S.C. § 1014: False Statement to a Financial Institution; 18 U.S.C. § 1029(a)(2): Use of an Unauthorized Access Device; and 18 U.S.C. § 1028A(a)(1)(3): Aggravated Identity Theft. The government has produced discovery to the defense, including approximately 150 pages of reports, photographs, and criminal history records.

   b. Defense counsel is presently scheduled to be in the following trials: (1) United States v. Enriquez, 19-146-GW, a drug trafficking case scheduled for trial on April 30, 2019; United States v. Diamond, 18-172-RGK, a two-defendant mortgage fraud case scheduled for trial on May 7, 2019; United States v. Vidrio, 18-802-CJC, a drug trafficking case scheduled for trial on May 28, 2019;

1  United States v. Vernon, 17-28-MWF, a multi-defendant fraud case
2  scheduled for trial on July 16, 2019; United States v. Waggoner, 17-
3  194-SVW-2, a fraud conspiracy case scheduled for trial on August 13,
4  2019; United States v. Rodriguez, 17-106-FMO-2, a drug trafficking
5  conspiracy scheduled for trial on September 17, 2019.  Accordingly,
6  counsel represents that he will not have the time that he believes
7  is necessary to prepare to try this case on the current trial date.
8            c.   In light of the foregoing, counsel for defendant also
9  represents that additional time is necessary to confer with
10 defendant, conduct and complete an independent investigation of the
11 case, conduct and complete additional legal research including for
12 potential pre-trial motions, review the discovery and potential
13 evidence in the case, and prepare for trial in the event that a
14 pretrial resolution does not occur.  Defense counsel represents that
15 failure to grant the continuance would deny him reasonable time
16 necessary for effective preparation, taking into account the
17 exercise of due diligence. Defense counsel affirmatively represents
18 that he believes the earliest he could be ready for trial is the
19 date requested herein; he does not, and cannot, represent that he
20 will unequivocally be ready on that date.
21           d.   Defendant believes that failure to grant the
22 continuance will deny him continuity of counsel and adequate
23 representation.
24           e.   The government does not object to the continuance.
25           f.   The requested continuance is not based on congestion
26 of the Court's calendar, lack of diligent preparation on the part of
27 the attorney for the government or the defense, or failure on the
28

part of the attorney for the Government to obtain available witnesses.

       g.   For purposes of computing the date under the Speedy Trial Act by which defendant's trial must commence, the parties agree that the time period of April 16, 2019 to September 10, 2019, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv) because the delay results from a continuance granted by the Court at defendant's request, without government objection, on the basis of the Court's finding that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    6.   Further, the parties have agreed to the following briefing schedule for any pretrial motions: (1) any motions shall be filed by July 22, 2019; (2) any oppositions shall be filed by August 12, 2019; and (3) any replies shall be filed by August 19, 2019.  The parties respectfully request that the Court set a motion hearing on August 29, 2019, or another date that same week as is convenient for the Court.

    7.   Under the Speedy Trial Act, if the trial is continued to September 10, 2019, the last possible day for trial to commence would be September 24, 2019.

8. Nothing in this stipulation shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods be excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO STIPULATED.

DATED: March 29, 2019             NICOLA T HANNA
                                  United States Attorney

                                  LAWRENCE S. MIDDLETON
                                  Assistant United States Attorney
                                  Chief, Criminal Division


                                       /s/Kevin J. Butler
                                  KEVIN J. BUTLER
                                  Assistant United States Attorney

                                  Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA

//
//
//
//
//
//
//
//
//
//

    I am ANDERSON SAM BONILLA ECHEGOYEN's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of her Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than September 10, 2019, is an informed and voluntary one.

_____  _____
DAVID I. WASSERMAN                            Date
Deputy Federal Public Defender
Attorney for Defendant
ANDERSON SAM BONILLA ECHEGOYEN

    I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than September 10, 2019. I understand that I will be ordered to appear in Courtroom 10C of the Federal Courthouse, 350 West First Street, Los Angeles, California, on September 10, 2019, at 9:00 a.m.

_____  _____
ANDERSON SAM BONILLA ECHEGOYEN                Date
Defendant