# EXHIBIT A

# Doctors Multispecialty Group

120 S Montebello Blvd., Montebello, CA 90640
TEL: (323) 726-0533  FAX: (323) 726-0274

PATIENTS NAME: Bonilla Andre    DATE: 5/7/19

ADDRESS: _____ CITY: _____ ZIP: _____

____ Dr. Jose Guerra, Lic. # 20A8135
       DEA BG8015011

____ A.L. Yacoub, M.D., Lic. # A 40189
       Urology & General Surgery

____ T. Tran, M.D., Lic. # A 53385
       Gastroenterology

____ E. Capitulo, M.D., Lic. # A 43464
       General Surgery

Pt will greatly benefit from physical activity (gym to Gym) for the treatment of obesity.

Refill ____ Times ____

_____ M.D.

**THE PRESCRIPTION SHOP**
1215 W. Whittier Blvd., Montebello CA 90640
Tel: (323) 728-8127   Fax: (323) 728-4917