HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
(E-mail: Hilary_Potashner @fd.org)
DAVID I. WASSERMAN (No. 275987)
Deputy Federal Public Defender
(E-mail: David_Wasserman@fd.org)
321 East 2nd Street
Los Angeles, CA 90012
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
ANDERSON BONILLA ECHEGOYEN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. LA CR 18-00876-SJO |
| Plaintiff, | **[PROPOSED] ORDER MODIFYING MR. BONILLA'S BOND CONDITIONS** |
| v. | |
| ANDERSON BONILLA ECHEGOYEN, | |
| Defendant. | |

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** that Mr. Bonilla is permitted to go to the gym as directed by pre-trial services in order to effectively treat his anxiety.

All other conditions of release are to remain in force.

DATED:  May __, 2019            By_____
                                      HONORABLE SUZANNE H. SEGAL
                                      United States Magistrate Judge

Presented by:
  _/s/ David I. Wasserman_
DAVID I. WASSERMAN
Deputy Federal Public Defender