HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
(E-mail: Hilary_Potashner @fd.org)
DAVID I. WASSERMAN (No. 275987)
Deputy Federal Public Defender
(E-mail: David_Wasserman@fd.org)
321 East 2nd Street
Los Angeles, CA 90012
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
ANDERSON BONILLA ECHEGOYEN

FILED
CLERK, U.S. DISTRICT COURT
June 3, 2019
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANDERSON BONILLA ECHEGOYEN, <br><br> Defendant. | Case No. LA CR 18-00876-SJO <br><br> [PROPOSED] ORDER MODIFYING MR. BONILLA'S BOND CONDITIONS |

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** that Mr. Bonilla is permitted to attend his daughter's promotional exercises on Tuesday, June 4, 2019. On June 4, 2019, Mr. Bonilla is permitted to leave his place of residence no earlier than 8:15 a.m. and shall return no later than 11:30 a.m..

All other conditions of release are to remain in force.

DATED: June __, 2019        By_____*S. James Otero*_____
                            HONORABLE S. JAMES OTERO
                            United States District Judge