# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | CR 18-00876 SJO-1 | Date: July 11, 2019 |

Present: The Honorable **Suzanne H. Segal, United States Magistrate Judge**

Interpreter: None

| Marlene Ramirez | None | Kevin James Butler |
|---|---|---|
| *Deputy Clerk* | *CourtSmart No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Anderson Sam Bonilla Echegoyen | Not | | X | David I. Wasserman | Not | | X |

**Proceedings:** (IN CHAMBERS) ORDER SETTING OSC HEARING

The Court sets a hearing on the Pretrial Officer's recommendation for an Order To Show Cause for **Tuesday, July 16, 2019, at 10:00 a.m.** in the Courtroom 590 of the Roybal Federal Courthouse.

IT IS SO ORDERED.

|  |  | 00 : 00 |
|---|---|---|
|  | Initials of Deputy Clerk | mr |