# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CR 18-00876-SJO-1 | Date | July 17, 2019 |
| Present: The Honorable | **Suzanne H. Segal, United States Magistrate Judge** | | |
| Interpreter | None Present | | |

| Marlene Ramirez | CS 7/17/19 | Kevin James Butler |
|---|---|---|
| *Deputy Clerk* | *Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Anderson Sam Bonilla Echegoyen | X | | X | David Israel Wasserman | | X | X |

**Proceedings:** ORDER TO SHOW CAUSE HEARING

  Case called. Counsel make their appearances. Defendant Anderson Sam Bonilla Echegoyen is present.

  The Court concludes that Defendant has violated conditions of his release. The Bond is revoked. Court orders defendant permanently detained. See separate detention order.

                             00 : 45

Initials of Deputy Clerk   mr