-O-

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT

JUL 2 2 2019

CENTRAL DISTRICT OF CALIFORNIA
BY MR DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDERSON SAM BONILLA ECHEGOYEN,<br><br>Defendant. | CR 18-0876-SJO-1<br><br>ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3148(b): (Allegations of Violation of Pretrial Conditions of Release) |

A.

On petition involving alleged violations of conditions of pretrial release,

B.

The court finds there is:

(1)

    (A)  ( )  Probable cause to believe that the defendant has committed a Federal, State, or local crime while on release and/or

    (B)  ( X )  Clear and convincing evidence that the defendant has violated any other condition of release; and

(2)  (A)  ( X )  Based on the factors set forth in 18 U.S.C. §3142(g), there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety or any other person or the community; or

    (B)  ( )  The defendant is unlikely to abide by any condition or

1    combination of conditions of release.

2    (3)    ( )    There is probable cause to believe that, while on release, the

3    defendant committed a Federal, State, or local felony, and the

4    presumption that no condition or combination of conditions will

5    assure that the person will not pose a danger to the safety of any

6    other person or the community has not been rebutted.

7    OR

8    (4)    ( )    The court finds that there are conditions of release that will assure

9    that the defendant will not flee or pose a danger to the safety any

10    other person or the community, and that the defendant will abide

11    by such conditions. See separate Order setting conditions.

12    ( )    It is further ordered that this order is stayed for72 hours in order

13    to allow the Government to seek review from the assigned district

14    judge or criminal duty district judge as appropriate.

15    OR

16    C.

17    ( x )    IT IS ORDERED defendant be detained prior to trial.

18

19

20    July 22, 2019

21  DATED:    _____

22

23

24    /S/    *Suzanne H. Segal*

25    SUZANNE H. SEGAL

26    UNITED STATES MAGISTRATE JUDGE

27

28