NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
KEVIN J. BUTLER (Cal. Bar No. Pending)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6495
    Facsimile: (213) 894-0141
    E-mail:   kevin.butler2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-00876-SJO |
|---|---|
| Plaintiff, | STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| ANDERSON SAM BONILLA ECHEGOYEN, aka "Anderson Samuel Bonilla," aka "Anderson Sam Echegoyen," aka "Anderson Sam Bonilla-Echegoyen," | **CURRENT TRIAL DATE: September 10, 2019** |
| Defendant. | **PROPOSED TRIAL DATE: November 19, 2019** |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Kevin J. Butler, and defendant ANDERSON SAM BONILLA ECHEGOYEN ("defendant"), both individually and by and through his counsel of record, Deputy Federal Public Defender David I. Wasserman, hereby stipulate as follows:

1.   The Indictment in this case was filed on December 18, 2018.   Defendant first appeared before a judicial officer of the court in which the charges in this case were pending on February 19, 2019.   The Speedy Trial Act, 18 U.S.C. § 3161, originally required that the trial commence on or before April 30, 2019.

2.   On February 19, 2019, the Court set a trial date of April 16, 2019.

3.   As of July 22, 2019, defendant's bond was revoked and he is currently detained pending trial.   The parties estimate that the trial in this matter will last approximately one to two days.

4.   By this stipulation, defendant moves to continue the trial date to November 19, 2019.   This is the second request for a continuance.

5.   Defendant requests the continuance based upon the following facts, which the parties believe demonstrate good cause to support the appropriate findings under the Speedy Trial Act:

a.   Defendant is charged with violations of 18 U.S.C. § 1014: False Statement to a Financial Institution; 18 U.S.C. § 1029(a)(2): Use of an Unauthorized Access Device; and 18 U.S.C. § 1028A(a)(1)(3): Aggravated Identity Theft.   The government has produced discovery to the defense, including approximately 150 pages of reports, photographs, and criminal history records.

i.   Defense counsel is presently scheduled to be in the following trials: (1) United States v. Naope, 17-745-FMO-3, a multi-defendant drug trafficking case scheduled for trial on October 15, 2019; (2) United States v. Vidrio, 18-802-CJC, a drug trafficking case scheduled for trial on October 22, 2019; (3) United States v. Domingo, 19-313-SVW, a material support for terrorist

1  organizations case scheduled for trial on October 29, 2019; (4)
2  United States v. Araiza, 18-870-JFW, a drug trafficking case
3  scheduled for sentencing on November 8, 2019; (5) United States v.
4  Enriquez, 19-146-GW, a drug trafficking case scheduled for trial on
5  November 12, 2019; (6) United States v. Vernon, 17-28-MWF, a multi-
6  defendant fraud case scheduled for sentencing on February 10, 2020;
7  (7) United States v. Waggoner, 17-194-SVW-2, a fraud conspiracy case
8  scheduled for trial on February 25, 2020.  Accordingly, counsel
9  represents that he will not have the time that he believes is
10  necessary to prepare to try this case on the current trial date.

11       b.  In light of the foregoing, counsel for defendant also
12  represents that additional time is necessary to confer with
13  defendant, conduct and complete an independent investigation of the
14  case, conduct and complete additional legal research including for
15  potential pre-trial motions, review the discovery and potential
16  evidence in the case, and prepare for trial in the event that a
17  pretrial resolution does not occur.  Defense counsel represents that
18  failure to grant the continuance would deny him reasonable time
19  necessary for effective preparation, taking into account the
20  exercise of due diligence.  Defense counsel affirmatively represents
21  that he believes the earliest he could be ready for trial is the
22  date requested herein; he does not, and cannot, represent that he
23  will unequivocally be ready on that date.

24       c.  Defendant believes that failure to grant the
25  continuance will deny him continuity of counsel and adequate
26  representation.

27       d.  The government does not object to the continuance.
28

e.     The requested continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorney for the government or the defense, or failure on the part of the attorney for the Government to obtain available witnesses.

f.     For purposes of computing the date under the Speedy Trial Act by which defendant's trial must commence, the parties agree that the time period of September 10, 2019 to November 19, 2019, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv) because the delay results from a continuance granted by the Court at defendant's request, without government objection, on the basis of the Court's finding that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

6.     Further, the parties have agreed to the following briefing schedule for any pretrial motions: (1) any motions shall be filed by September 17, 2019; (2) any oppositions shall be filed by October 1, 2019; and (3) any replies shall be filed by October 15, 2019.   The parties respectfully request that the Court set a motion hearing on October 22, 2019, or another date that same week as is convenient for the Court.

4

7.     Under the Speedy Trial Act, if the trial is continued to November 19, 2019, the last possible day for trial to commence would be December 3, 2019.

8.     Nothing in this stipulation shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods be excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO STIPULATED.

DATED: August 21, 2019          NICOLA T HANNA
                                United States Attorney

                                BRANDON D. FOX
                                Assistant United States Attorney
                                Chief, Criminal Division


                                _____/s/_____
                                KEVIN J. BUTLER
                                Assistant United States Attorney

                                Attorneys for Plaintiff
                                UNITED STATES OF AMERICA

//

//

//

//

//

//

//

5

1    I am ANDERSON SAM BONILLA ECHEGOYEN's attorney.  I have

2  carefully discussed every part of this stipulation and the

3  continuance of the trial date with my client. I have fully informed

4  my client of her Speedy Trial rights.  To my knowledge, my client

5  understands those rights and agrees to waive them.  I believe that

6  my client's decision to give up the right to be brought to trial

7  earlier than November 19, 2019, is an informed and voluntary one.

8                                                    8/21/19

   DAVID I. WASSERMAN                        Date

9  Deputy Federal Public Defender

10 Attorney for Defendant
   ANDERSON SAM BONILLA ECHEGOYEN

11

12

13    · I have read this stipulation and have carefully discussed it

14 with my attorney.  I understand my Speedy Trial rights.  I

15 voluntarily agree to the continuance of the trial date, and give up

16 my right to be brought to trial earlier than November 19, 2019.

17                                                    08-21-2019

   ANDERSON SAM BONILLA ECHEGOYEN           Date

18 Defendant

19

20

21

22

23

24

25

26

27

28