1 | NICOLA T. HANNA
United States Attorney
2 | BRANDON D. FOX
Assistant United States Attorney
3 | Chief, Criminal Division
KEVIN J. BUTLER (Cal. Bar No. Pending)
4 | Assistant United States Attorney
General Crimes Section
5 |      1200 United States Courthouse
       312 North Spring Street
6 |      Los Angeles, California 90012
       Telephone: (213) 894-6495
7 |      Facsimile: (213) 894-0141
       E-mail:     kevin.butler2@usdoj.gov
8
Attorneys for Plaintiff
9 | UNITED STATES OF AMERICA

```
FILED
CLERK, U.S. DISTRICT COURT

August 22, 2019

CENTRAL DISTRICT OF CALIFORNIA
BY: ____VPC____ DEPUTY
```

10 |                    UNITED STATES DISTRICT COURT

11 |               FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 | UNITED STATES OF AMERICA,                No. CR 18-00876-SJO

13 |            Plaintiff,                    [PROPOSED] ORDER CONTINUING
                                             TRIAL DATE AND FINDINGS
14 |            v.                            REGARDING EXCLUDABLE TIME
                                             PERIODS PURSUANT TO SPEEDY TRIAL
15 | ANDERSON SAM BONILLA ECHEGOYEN,          ACT
        aka "Anderson Samuel
16 |          Bonilla,"
        aka "Anderson Sam Echegoyen,"
17 |    aka "Anderson Sam Bonilla-
             Echegoyen,"
18
             Defendant.
19

20

21 |       The Court has read and considered the Corrected Stipulation

22 | Regarding Request for (1) Continuance of Trial Date and (2) Findings

23 | of Excludable Time Periods Pursuant to Speedy Trial Act, filed by

24 | the parties in this matter on August 21, 2019.  The Court hereby

25 | finds that the Stipulation, which this Court incorporates by

26 | reference into this Order, demonstrates facts that support a

27 | continuance of the trial date in this matter, and provides good

28

1 cause for a finding of excludable time pursuant to the Speedy Trial

2 Act, 18 U.S.C. § 3161.

3       The Court further finds that:  (i) the ends of justice served

4 by the continuance outweigh the best interest of the public and

5 defendant in a speedy trial; (ii) failure to grant the continuance

6 would be likely to make a continuation of the proceeding impossible,

7 or result in a miscarriage of justice; and (iii) failure to grant

8 the continuance would unreasonably deny defendant continuity of

9 counsel and would deny defense counsel the reasonable time necessary

10 for effective preparation, taking into account the exercise of due

11 diligence.

12       THEREFORE, FOR GOOD CAUSE SHOWN:

13       1.   The trial in this matter is continued from September 10,

14 2019 to November 19, 2019 @ 9:00 a.m.  The motion schedule is as

15 follows: (1) any pretrial motions, including motions to suppress

16 shall be filed by September 17, 2019; (2) any oppositions shall be

17 filed by October 1, 2019; and (3) any replies shall be filed by

18 October 15, 2019.

19       2.   The time period of September 10, 2019 to November 19,

20 2019, inclusive, is excluded in computing the time within which the

21 trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A),

22 (h)(7)(B)(i), and (B)(iv).

23       3.   Nothing in this Order shall preclude a finding that other

24 provisions of the Speedy Trial Act dictate that additional time

25 periods are excluded from the period within which trial must

26 commence.  Moreover, the same provisions and/or other provisions of

27 the Speedy Trial Act may in the future authorize the exclusion of //

28 //

1  //

2  additional time periods from the period within which trial must

3  commence.

4

5      IT IS SO ORDERED.

6

7  August 22, 2019
   _____        _____
8  DATE                               HONORABLE S. JAMES OTERO
                                      UNITED STATES DISTRICT JUDGE
9      CC:  PRETRIAL SERVICE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28