1  NICOLA T. HANNA
   United States Attorney
2  BRANDON D. FOX
   Assistant United States Attorney
3  Chief, Criminal Division
   J. JAMARI BUXTON (Cal. Bar No. Pending)
4  Assistant United States Attorney
   General Crimes Section
5       1200 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-3519
7       Facsimile: (213) 894-0141
        E-mail:    jamari.buxton@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10                      UNITED STATES DISTRICT COURT

11                    FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 UNITED STATES OF AMERICA,              No. CR 18-00876-SJO

13          Plaintiff,                    NOTICE OF REASSIGNMENT
                                          OF CRIMINAL CASE
14             v.

15 ANDERSON SAM BONILLA ECHEGOYEN,
      aka "Anderson Samuel
16       Bonilla,"
      aka "Anderson Sam Echegoyen,"
17    aka "Anderson Sam Bonilla-
         Echegoyen,"
18
            Defendant.
19

20
        Plaintiff United States of America hereby advises the Court that
21
   the above-captioned case has been reassigned to a new Assistant
22
   United States Attorney ("AUSA") as follows:
23

24
   |                        | Name               | E-Mail Address          |
25 | Previously Assigned AUSA | Kevin James Butler | kevin.butler2@usdoj.gov |
26 | Newly Assigned AUSA    | J. Jamari Buxton   | jamari.buxton@usdoj.gov |
27

28

Please make all necessary changes to the court's Case Management/Electronic Case Filing system to ensure that the newly assigned AUSA is associated with this case as attorney of record for the United States and that the AUSA receives all e-mails relating to filings in this case.

Dated: December 23, 2019        Respectfully submitted,

                                NICOLA T. HANNA
                                United States Attorney

                                BRANDON D. FOX
                                Assistant United States Attorney
                                Chief, Criminal Division


                                      /s/
                                J. JAMARI BUXTON
                                Assistant United States Attorney

                                Attorneys for Plaintiff
                                UNITED STATES OF AMERICA