FILED
CLERK, U.S. DISTRICT COURT

3/12/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: CW  DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ANDERSON SAM BONILLA ECHEGOYEN,<br>　aka "Anderson Samuel<br>　　　Bonilla,"<br>　aka "Anderson Sam Echegoyen,"<br>　aka "Anderson Sam Bonilla-<br>　　　Echegoyen,"<br><br>　　　　Defendant. | No. CR 18-00876-JAK<br><br>ORDER RE STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT (DKT. 60) |

　　　The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act (the "Stipulation" (Dkt. 60)), filed by the parties in this matter on March 10, 2020. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from April 7, 2020 to July 21, 2020 at 9:00 a.m. The pretrial conference hearing is continued to July 9, 2020 at 8:30 am. This is also the last date for all motions to be heard. Counsel are reminded that all pretrial documents are due two weeks prior to the pretrial conference date.

2. The time period of April 7, 2020 to July 21, 2020, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of

additional time periods from the period within which trial must commence.

    IT IS SO ORDERED.

Dated: March 12, 2020

_____
John A. Kronstadt
United States District Judge