UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – SENTENCING AND JUDGMENT

Case No. __LA CR 18-00876-JAK__   Date: __October 9, 2020__

Present: The Honorable: __JOHN A. KRONSTADT__

| V.R. Vallery | Lisa Gonzalez | Sarah Gerdes; Lindsey Dotson |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| Anderson Sam Bonilla Echegoyen | X | | David Wasserman | | X | | Not Applicable |

PROCEEDINGS:   (TELEPHONIC) SENTENCING AND JUDGMENT - Non-Evidentiary

[ ] Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.   [X] Refer to separate Judgment Order.
[ ] Imprisonment for ___ years/months on each of count(s) ___
    Count(s) ___ concurrent/consecutive to count(s) ___
[ ] Fine of $___ is imposed on each of count(s) concurrent/consecutive.
[ ] Execution/Imposition of sentence as to imprisonment only suspended on count(s) ___
[ ] Confined in jail-type institution for ___ to be served on consecutive days/weekends commencing ___
[ ] ___ years/months Supervised Release/Probation imposed on count(s) ___
    consecutive/concurrent to count(s) ___
    under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:
    [ ] Perform ___ hours of community service [ ] ___ fine amounts & times determined by P/O.
    [ ] Serve ___ in a CCC/CT [ ] ___ Make $ ___ restitution in amounts & times determined by PO.
Pay
    [ ] Participate in a program for treatment of narcotic/alcohol addiction.
    [ ] any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
    [ ] Other conditions:
[ ] Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.
[ ] Pay $___ per count, special assessment to the United States for a total of $ ___
[ ] Imprisonment for ___ months/years and for a study pursuant to 18 USC ___ with results to be furnished to the Court within ___ days/months whereupon the sentences shall be subject to modification. This matter is set for further hearing on ___
[X] Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
[X] Defendant informed of right to appeal.
[ ] ORDER sentencing transcript for Sentencing Commis[ ]. Processed statement of reasons
[X] Bond Exonerated ~~upon surrender~~ [ ] ~~upon service of~~ ___
[ ] Execution of sentence is stayed until 12 noon, ___ at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
[X] Defendant ordered released from custody of U.S. Marshal forthwith.
[X] Issued Release Form.

[X] Filed and distributed judgment. ENTERED.

cc:                                                         **Initials of Deputy Clerk** ___ : 32
                                                                                              vrv