Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

FILED
2022 FEB -3 AM 11:09

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

RO

| UNITED STATES OF AMERICA<br>V.<br>Anderson Sam Bonilla Echegoyen | PLAINTIFF | CASE NUMBER:<br>2:18-CR-00876-JAK-1<br><br>REPORT COMMENCING CRIMINAL ACTION |
|---|---|---|
| USMS# 77598-112 | DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on __3 Jan 2022__ at __0900__ ☒ AM ☐ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   __18 USC 3583__

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes  Language: _____

7. Year of Birth: __3/1/1987__

8. Defendant has retained counsel: ☒ No
   ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: __Duty Officer__

10. Remarks (if any): __N/A__

11. Name: __Tim Hofer__  (please print)

12. Office Phone Number: __213 620 7676__   13. Agency: __USMS__

14. Signature: __[signature]__ 31514   15. Date: __3 Jan 2022__

CR-64 (09/20)     REPORT COMMENCING CRIMINAL ACTION