# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. Anderson Sam Bonilla Echegoyen Defendant. | Western Division<br>Case Number: 2:18-CR-00876-JAK<br>Initial App. Date: 02/03/2022<br>Initial App. Time: 1:00 PM<br>PO Warrant<br>Custody<br><br>Date Filed:<br>Violation: 18:3583<br>CourtSmart/Reporter: ___ |

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Charles F. Eick**

**CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE**

PRESENT: Munroe, Valencia / _Kathryn E. Sadural_ / None
*Deputy Clerk* / *Assistant U.S. Attorney* / *Interpreter/Language*

- ☐ INITIAL APPEARANCE NOT HELD - CONTINUED
- ☑ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).
- ☐ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
  - ☑ preliminary hearing OR ☐ removal hearing / Rule 20.
- ☑ Defendant states true name ☑ is as charged ☐ is ___
- ☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.
- ☑ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered **SEALED**.
- ☑ Attorney: Carel Ale, DFPD ☐ Appointed ☐ Prev. Appointed ☐ Poss. Contribution (see separate order)
  - ☐ Special appearance by: _David Wasserman_
- ☑ Government's request for detention is: ☑ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
- ☐ Contested detention hearing is held. ☐ Defendant is ordered: ☑ Permanently Detained ☐ Temporarily Detained (see separate order).
- ☐ BAIL FIXED AT $___ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
- ☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED
- ☑ Preliminary Hearing waived. ☐ Class B Misdemeanor ☐ Defendant is advised of maximum penalties
- ☐ This case is assigned to Magistrate Judge ___. Counsel are directed to contact the clerk for the setting of all further proceedings.
- ☑ PO/PSA WARRANT ☑ Counsel are directed to contact the clerk for District Judge _Kronstadt_ for the setting of further proceedings.
- ☐ Preliminary Hearing set for ___ at 4:30 PM ___
- ☐ PIA set for: ___ at 11:00 AM in LA; at 10:00 AM in Riverside; at 10:00 AM in Santa Ana
- ☐ Government's motion to dismiss case/defendant ___ only: ☐ GRANTED ☐ DENIED
- ☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
- ☐ Defendant executed Waiver of Rights. ☐ Process received.
- ☐ Court ORDERS defendant Held to Answer to ___ District of ___
  - ☐ Bond to transfer, if bail is posted. Defendant to report on or before ___
  - ☐ Warrant of removal and final commitment to issue. Date issued: ___ By CRD: ___
  - ☐ Warrant of removal and final commitment are ordered stayed until ___
- ☐ Case continued to (Date) ___ (Time) ___ AM / PM
  - Type of Hearing: ___ Before Judge ___ /Duty Magistrate Judge.
  - Proceedings will be held in the ☐ Duty Courtroom ___ ☐ Judge's Courtroom ___
- ☑ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
- ☑ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
- ☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
- ☐ RELEASE ORDER NO: ___
- ☑ Other: _Defendant required to appear on his own behalf_

☑ PSA ☐ USPO ☑ FINANCIAL ☑ CR-10 ☑ CR-29 ☑ READY

cc: ☑ PO Warrant

Deputy Clerk Initials: ___