P-Send

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 18-CR-876 JAK |
| v. | |
| ANDERSON BONILLA ECHEGOYEN, | |
| DEFENDANT. | ABSTRACT OF COURT PROCEEDING |

**TO:** UNITED STATES MARSHAL AND/OR WARDEN, METROPOLITAN DETENTION CENTER:

You are hereby notified that the Honorable Charles F. Eick ,
☐ United States District Judge ☒ United States Magistrate Judge, has this date ☒ ordered ☐ recommended that the above-named federal prisoner be:

☐ Allowed to make ☐ ____ social ☐ ____ legal telephone call(s) at prisoner's own expense;
    ☐ forthwith     ☐ as soon as possible     ☐ as requested, at suitable times

☐ Allowed social visits     ☐ Dressed in civilian clothing for court appearances

☒ Housed or designated to ☒ MDCLA ☐ Other ____

☒ Provided with a medical examination and/or medical treatment for surgery he incurred on his wrist
A report regarding this examination/treatment is to be submitted to the court on or before____

☐ Provided with a psychiatric/psychological examination. A report regarding this examination/treatment is to be submitted to the court on or before____

☐ Provided with dental treatment. A report regarding this examination/treatment is to be submitted to the court on or before____

☒ Other Need to be examined as soon as possible

CLERK U.S. DISTRICT COURT

Dated: February 3, 2022      By: Valencia Munroe
    Deputy Clerk

**RETURN TO CLERK'S OFFICE**
☐ Western Division-Los Angeles      ☐ Southern Division-Santa Ana      ☐ Eastern Division-Riverside

This abstract was received on ____

☐ The aforementioned order(s) were or will be complied with on: ____

☐ The aforementioned order(s) were not complied with for the following reasons: ____

| Name (Print) | Title | Signature |
|---|---|---|

cc: ☒ MDC, ☒ Cell block

CR-53 (12/03)      ABSTRACT OF COURT PROCEEDING