UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

Case No: 18-CR-876 JAK                                         Date: February 3, 2022

Present: The Honorable Charles F. Eick, United States Magistrate Judge

Interpreter: _____

| Valencia Munroe | CourtSmart | Kathrynne Seidman |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorney(s) for Defendant(s): | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Anderson Echegoyen | X | X | | Carel Ale | X | X | |

**Proceedings:**     (IN CHAMBERS) MANDATORY RULE 5(f) ORDER

In accordance with the Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21, 2020), the United States is ordered to produce all exculpatory evidence to the defendant under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny. Failing to do so in a timely manner may result in exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, referral to a disciplinary authority and sanctions.