# UNITED STATES DISTRICT COURT
для для for the

Central District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ANDERSON SAM BONILLA ECHEGOYEN | ) | Case No.  18-CR-876-JAK |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court.  A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date:  2/3/2022

s/Anderson Sam Bonilla Echegoyen (with verbal authorization)
*Defendant's signature*

s/Carel Ale
*Signature of defendant's attorney*

I have translated this Waiver of Preliminary Hearing to the defendant in the _____ language.

Date: _____

Signature of Interpreter