UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| Case No. | LA CR18-00876 JAK | Date | March 3, 2022 |
|---|---|---|---|

| Present: The Honorable | John A. Kronstadt, United States District Judge |
|---|---|
| Interpreter | |

| T. Jackson-Terrell | Myra Ponce | J. Jamari Buxton (video) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Anderson Sam Bonilla Echegoyen | | X | | David Wasserman, DFPD (video) | | X | X |

**Proceedings:**   **PETITION ON PROBATION AND SUPERVISED RELEASE (DKT. 79)**

The hearing is held. Agustin Sanchez, U.S. Probation Officer, is also present by video conference. Counsel all appear in that manner. The defendant is not present. Recording or re-broadcasting of the proceedings is strictly prohibited. The Court has been informed through contacts by the Court Clerk with the Metropolitan Detention Center, that Defendant has been hospitalized and, therefore, cannot appear for the hearing.

The Court continues the hearing to March 31, 2022, at 8:30 a.m. The precise time of the hearing may change upon the issuance of the final calendar for that date.

The Court orders MDC, or the medical provider who may be treating Defendant, to communicate with defendant's counsel about when, in light of Defendant's current heath condition and treatment, it is expected that Defendant will be able to participate in a hearing. The communication need not disclose the details of Defendant's medical condition; provided, however, the MDC or medical provider may do so if Defendant has consented to that disclosure to his counsel.

**IT IS SO ORDERED.**

| | : | 09 |
|---|---|---|
| Initials of Deputy Clerk | TJ | |

cc: U.S.P.O.