UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | LA CR18-00876 JAK-1 | Date | March 31, 2022 |
|---|---|---|---|

| Present: The Honorable | John A. Kronstadt, United States District Judge |
|---|---|
| Interpreter | |

| T. Jackson-Terrell | Terri Hourigan | Thomas Rybarczyk, specially appearing |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Anderson Sam Bonilla Echegoyen | X | X | | David Wasserman, DFPD | X | X | |

**Proceedings:**  PETITION ON PROBATION AND SUPERVISED RELEASE (DKT. 79)

The hearing is held. Agustin Sanchez, U.S. Probation Officer, is also present. The Court and counsel confer. Defendant admits Allegation Numbers 2-5 in the Petition on Probation and Supervised Release filed on August 25, 2021 (Dkt. 79). The Court accepts the admissions as knowingly, voluntarily and intelligently made. At defense counsel's request, the Court proceeds to sentencing.

The Defendant is found in violation of his supervised release. The Court orders that the term of supervised release is revoked, vacated and set aside. Anderson Sam Bonilla Echegoyen is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of TIME SERVED, with forthwith release, to be followed by 30 months of supervised release, with the following modifications to the current conditions of supervision:

1. The defendant shall comply with the rules and regulations of the United States Probation & Pretrial Services Office and Second Amended General Order 20-04.

2. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from custody and at least two periodic drug tests thereafter, not to exceed eight tests per month, as directed by the Probation Officer.

3. The defendant shall participate in an outpatient substance abuse treatment and counseling program that includes urinalysis, breath or sweat patch testing, as directed by the Probation Officer. The defendant shall abstain from using alcohol and illicit drugs, and from abusing prescription medications during the period of supervision.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

4. During the course of supervision, the Probation Officer, with the agreement of the defendant and defense counsel, may place the defendant in a residential drug treatment program approved by the U.S. Probation and Pretrial Services Office for treatment of narcotic addiction or drug dependency, which may include counseling and testing, to determine if the defendant has reverted to the use of drugs. The defendant shall reside in the treatment program until discharged by the Program Director and Probation Officer.

5. As directed by the Probation Officer, the defendant shall pay all or part of the costs of the Court-ordered treatment to the aftercare contractors during the period of community supervision. The defendant shall provide payment and proof of payment as directed by the Probation Officer. If the defendant has no ability to pay, no payment shall be required.

6. The Court authorizes the Probation & Pretrial Services Office to disclose the Presentence Report to the substance abuse treatment provider to facilitate the defendant's treatment for narcotic addiction or drug dependency. Further redisclosure of the Presentence Report by the treatment provider is prohibited without the consent of the sentencing judge.

7. The defendant shall participate in mental health treatment, which may include evaluation and counseling, until discharged from the program by the treatment provider, with the approval of the Probation Officer.

8. The Court authorizes the Probation Officer to disclose the Presentence Report, and any previous mental health evaluations or reports, to the treatment provider. The treatment provider may provide information (excluding the Presentence report), to State or local social service agencies (such as the State of California, Department of Social Service), for the purpose of the client's rehabilitation.

At the time of defendant's release, the Bureau of Prisons shall provide to him a 30-day supply of any prescribed medication(s) that are presently being administered to him; provided, however, if any such medication is not available to be so provided upon release, the defendant shall nevertheless be released. If any such medication becomes available promptly thereafter, the Bureau of Prisons shall contact defendant's counsel so that he can make arrangements with the Bureau of Prisons for it to be picked up. If the defendant is released without the aforementioned 30-day suppl(ies), and it is not expected that they can be provided promptly thereafter as stated above, the Bureau of Prisons shall make a good faith effort to provide the prescription(s) for the medication(s) to the defendant upon release so that defendant can seek to have them filled at a pharmacy. If those prescription(s) cannot be provided at the time of release, but can be provided promptly thereafter, the Bureau of Prisons shall contact defendant's counsel so that he can make arrangements with the Bureau of Prisons to pick up those prescription(s).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

The Government's request to dismiss Allegation Number 1 is **GRANTED**.

Defendant is advised of his right to appeal.

**IT IS SO ORDERED.**

|  | : | 28 |

Initials of Deputy Clerk   TJ

cc: USM; USPO; MDC