# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**TO:** Clerk, United States District Court

Attention: Holidae Crawford, Deputy Clerk

Date: October 31, 2022

**SUBJECT: REQUEST FOR CALENDAR DATE**

| NAME | DOCKET NO. | BOOKING NO. |
|---|---|---|
| Anderson Sam Bonilla Echegoyen | 2:18-CR-00876-JAK-1 | 77598-112 |

| DATE IN LOCAL CUSTODY | DEFENSE ATTORNEY* DAVID WASSERMAN, DFPD |
|---|---|
| 10/19/2022 | TELEPHONE NO.: 213-894-5092 |

*As shown on Judgment

Please calendar the above-named defendant for a preliminary revocation of supervised release hearing during the week of 11/7/2022. The offender was taken into local custody and the issuance of Writ is not required.

Interpreter Needed? ☐ Yes ☒ No    Language Type: _____

HELEN ZAYTSEVA, 818-346-3065
U. S. PROBATION OFFICER

NOELLE JONES, 818-346-1058
SUPERVISING PROBATION OFFICER

**FAX NO.**

Routing of Request: Orig. To Clerk's Office

Copies to: U. S. Attorney (Chief, Criminal Division)
Federal Public Defender (Chief Deputy)

---

**FOR CLERK'S USE ONLY**

**PLEASE TAKE NOTICE** that the above-named defendant has been calendared for hearing before the Honorable John A. Kronstadt, United States District Judge on November 17, 2022, at 8:30 a.m. in Courtroom No. **10B**.

CLERK, U. S. DISTRICT COURT

Date 11/1/2022

By /s/ Holidae Crawford, Deputy Clerk

Routing on Notice by Clerk:
- Original - Court File ☒
- cc: U. S. Probation & Pretrial Services Office ☒
- U. S. Attorney, Attn: Chief, Criminal Division ☒
- Defense Attorney ☐
- Federal Public Defender, Attn: Chief Deputy ☒
- U. S. Marshal (Warrant Cases only) ☐
- Interpreter Section, Clerk's Office (When needed) ☐

\#

SUP 216
1/10/07