

**NFPV**

| FILED |
| --- |
| CLERK, U.S. DISTRICT COURT |
| 10/28/2022 |
| CENTRAL DISTRICT OF CALIFORNIA |
| BY: ___DL___ DEPUTY |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
　　　　　　　　　　　　　　　PLAINTIFF
　　　　　　v.
Anderson Sam Bonilla Echegoyen
　　　　　　　　　　　　　　　DEFENDANT.

CASE NUMBER: 2:18-CR-00876-JAK

## ABSTRACT OF COURT PROCEEDING

**TO:** UNITED STATES MARSHAL AND/OR WARDEN OF DEFENDANT'S FACILITY OF CONFINEMENT:

You are hereby notified that the Honorable **Rozella A. Oliver**,
☐ United States District Judge  ☒ United States Magistrate Judge, has this date  ☐ ordered  ☒ recommended that the above-named federal prisoner be:

☐ Allowed to make ☐ _____ social ☐ _____ legal telephone call(s) at prisoner's own expense;
　　☐ forthwith　　☐ as soon as possible　　☐ as requested, at suitable times

☐ Allowed social visits　　☐ Dressed in civilian clothing for court appearances

☒ Housed or designated to　☒ MDCLA  ☐ Other _____

☒ Provided with a medical examination and/or medical treatment for **Insomnia, Anxiety**
A report regarding this examination/treatment is to be submitted to the court on or before _____

☐ Provided with a psychiatric/psychological examination. A report regarding this examination/treatment is to be submitted to the court on or before _____

☒ Provided with dental treatment. A report regarding this examination/treatment is to be submitted to the court on or before _____

☐ Other _____

**THIS DOCUMENT SHALL IMMEDIATELY BE FORWARDED TO THE FACILITY WHERE DEFENDANT IS HOUSED.**

Dated: October 28, 2022

CLERK U.S. DISTRICT COURT
By: D. Luengo
Deputy Clerk

---

**RETURN TO CLERK'S OFFICE**
☐ Western Division-Los Angeles　　☐ Southern Division-Santa Ana　　☐ Eastern Division-Riverside

This abstract was received on _____

☐ The aforementioned order(s) were or will be complied with on: _____

☐ The aforementioned order(s) were not complied with for the following reasons: _____
_____
_____
_____
_____

| Name (Print) | Title | Signature |
| --- | --- | --- |

cc: ☒ MDC, ☒ Cell block

CR-53 (10/22)　　　　　　　　　　ABSTRACT OF COURT PROCEEDING