**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. LA CR18-00876 JAK |
| Plaintiff, | |
| vs. | **AMENDED JUDGMENT AND COMMITMENT ORDER RE REVOCATION OF SUPERVISED RELEASE (AMENDS ORDER DATED NOVEMBER 21, 2022)** |
| ANDERSON SAM BONILLA ECHEGOYEN, | |
| Defendant. | |

WHEREAS, on November 17, 2022, came the attorney for the Government, Sarah Gerdes and the Defendant appeared in person represented by Deputy Public Defender, David Wasserman, and the Court having conferred with counsel and Defendant with respect to various waivers of constitutional rights and other matters related to Defendant's decision to admit the Allegations set forth in the Petition on Probation and Supervised Release filed October 3, 2022 (the "Petition"), the Court held a preliminary revocation of supervised release hearing,

WHEREAS, on November 17, 2022, the Defendant having admitted Allegation(s) 2-8, the Court finds that the Defendant violated the conditions of the supervised release order imposed on March 31, 2022[1].

IT IS ADJUDGED, upon the findings of the Court, that supervised release is revoked. The Court orders that the term of supervised release is revoked, vacated and set aside. Anderson Sam Bonilla Echegoyen is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of THREE (3) MONTHS.

Upon release from confinement, it is ordered that Mr. Echegoyen is placed on supervised release for a term of 36 months, upon the same terms and conditions originally imposed, with the following additional conditions:

1. The defendant shall comply with the rules and regulations of the United States Probation & Pretrial Services Office and Second Amended General Order 20-04.

2. The defendant shall reside for a period 60 days in a residential substance abuse treatment program, as directed by the Probation Officer, and shall observe the rules of that facility. The period may be extended by the Probation Officer for up to 120 days. Within the discretion of the Probation Officer, upon the completion of the residential treatment the Probation Officer may require the defendant to enter nonresidential treatment if available my Medi-Cal.

---

[1] Refers to the original count(s) of conviction which resulted in the term of supervised release/probation.

The Court orders the Bureau of Prison provide defendant with a 30-day supply of all medications that the defendant is taking at the time of his release.

The Court recommends that the defendant receive his injectable medication prior to his release.

Defendant is advised of his right of appeal.

IT IS ORDERED, that the Clerk deliver a copy of this Judgment modifying supervised release to the U.S. Marshal and the U.S. Probation Office, or other qualified officer.

Dated: December 22, 2022      _____
                              JOHN A. KRONSTADT
                              UNITED STATES DISTRICT JUDGE


Dated: December 22, 2022      KIRY GRAY, CLERK OF THE COURT

                              _____
                              T. Jackson-Terrell, Deputy Clerk