CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
DAVID I. WASSERMAN (Bar No. 275987)
(E-Mail: david_wasserman@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
ANDERSON BONILLA-ECHEGOYEN

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>         v.<br><br>ANDERSON BONILLA-ECHEGOYEN,<br><br>         Defendant. | Case No. 18-CR-00876-JAK<br><br>**DEFENDANT'S REQUEST FOR A STATUS CONFERENCE RE: CONDITIONS OF SUPERVISION** |

Defendant Anderson Bonilla-Echegoyen, by and through his attorney of record Deputy Federal Public Defender David I. Wasserman, hereby requests a status conference with the Court to discuss his conditions of supervision. Specifically, Mr. Bonilla-Echegoyen wishes to address the Court regarding the residential drug treatment condition imposed on November 17, 2022, as described in the Court's Amended Judgment and Commitment Order issued December 22, 2022. Dkts. 117, 119.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: February 21, 2023       By  */s/ David I. Wasserman*

DAVID I. WASSERMAN
Deputy Federal Public Defender
Attorney for A. BONILLA-ECHEGOYEN

1