1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-00876-JAK |
| Plaintiff, | |
| v. | **ORDER RE DEFENDANT'S REQUEST FOR A STATUS CONFERENCE (DKT. 120)** |
| ANDERSON BONILLA-ECHEGOYEN, | |
| Defendant. | |

Based on a review of Defendant's Request for a Status Conference (the "Request" (Dkt. 120)), sufficient good cause has been shown for the requested relief. Therefore, the Request is **GRANTED**. A status conference on the issue of Mr. Bonilla-Echegoyen's supervised release conditions is set for March 16, 2023, at a time to be set when the calendar for that date is finalized.

Dated:     February 22, 2023

_____
John A. Kronstadt
United States District Judge