1  CUAUHTEMOC ORTEGA (Bar No. 257443)
   Federal Public Defender
2  DAVID I. WASSERMAN (Bar No. 275987)
   (E Mail: David_Wasserman@fd.org)
3  Deputy Federal Public Defender
   321 East 2nd Street
4  Los Angeles, California 90012-4202
   Telephone: (213) 894-2854
5  Facsimile: (213) 894-0081

6  Attorneys for Defendant
   ANDERSON BONILLA-ECHEGOYEN

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 18-876-JAK |
| Plaintiff, | **STIPULATION TO CONTINUE THE STATUS CONFERENCE SET FOR MARCH 16, 2023** |
| v. | |
| ANDERSON BONILLA-ECHEGOYEN, | |
| Defendant. | |

Plaintiff, United States of America, by and through its attorney of record, Assistant United States Attorney J. Jamari Buxton, and Defendant Anderson Bonilla-Echegoyen, by and through his attorney of record, Deputy Federal Public Defender David I. Wasserman, hereby stipulate and request that the status conference, presently set for March 16, 2023, be continued to May 11, 2023, at a time convenient for the Court. This stipulation is based on the following facts, which the parties believe demonstrate good cause for the requested continuance.

1. On February 21, 2023, defense counsel filed a Request for an Order setting a status conference in this case so that Mr. Bonilla-Echegoyen could address the Court regarding the terms and conditions of his Supervised Release. Dkt. 120. On February 23, 2023, the Court set a status conference for March 16, 2023. Dkt. 121.

//

2. On March 13, 2023, defense counsel learned that Mr. Bonilla-Echegoyen was admitted to the hospital. On March 14, 2023, defense counsel learned that Mr. Bonilla-Echegoyen underwent surgery for an injury to his Achille's tendon and was discharged from the hospital.

3. Upon information and belief, defense counsel does not believe that Mr. Bonilla-Echegoyen will be able to attend the status conference currently set for March 16, 2023. Mr. Bonilla-Echegoyen has requested that the Court vacate the status conference date.

4. The government does not object to the request for a continuance.

5. Based on the foregoing, the parties stipulate and move this Court for a continuance of the status conference date to May 11, 2023, or a later date convenient with the Court.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DAVID I. WASSERMAN
Deputy Federal Public Defender

DATED: March 15, 2023   By /s/ David I. Wasserman
Deputy Federal Public Defender
Attorney for A. BONILLA-ECHEGOYEN

DATED: March 15, 2023   E. MARTIN ESTRADA
United States Attorney

By /s/ J. Jamari Buxton (email authorization)
Assistant United States Attorney
Attorney for Plaintiff
UNITED STATES OF AMERICA