CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
DAVID I. WASSERMAN (Bar No. 275987)
(E Mail: David_Wasserman@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
ANDERSON BONILLA-ECHEGOYEN

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ANDERSON BONILLA-ECHEGOYEN, Defendant. | Case No. CR 18-876-JAK<br><br>**[PROPOSED] ORDER** |

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** that the status conference set for March 16, 2023, is continued to May 11, 2023, at a time to be set by the Court.

DATED: March 15, 2023

_____
HONORABLE JOHN A. KRONSTADT
United States District Judge

Presented by:

/s/ David I. Wasserman
Deputy Federal Public Defender

1