## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:18cr00171-THJ - 2 | Date | June 6, 2023 |

**Present: The Honorable** TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE PRESIDING

**Interpreter** N/A

| Catherine Jeang | Kathy Stride | Joseph De Leon |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Court Smart* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| RAYMOND DIAZ | ✗ | ✗ | | RICHARD GOLDMAN, DFPD | ✗ | ✗ | |

**Proceedings:** **SENTENCING -Upon admission to allegation re supervised release**

Cause called and counsel make their appearances. Court and counsel confer.

The Defendant was advised of his constitutional rights and the defendant's constitutional waivers are taken. Defense counsel joins in waiver of defendant's constitutional rights. Defendant voluntarily waives his right to a hearing.

Defendant ADMITS as to allegations 1,2,3,4,5,6 and 7 as charged in the petition. The Court finds defendant in violation of supervised release and orders supervised release is revoked.

The Court orders defendant is hereby sentenced to a term of **time served (Release No. 18028)**, and restored to a term of supervised release, for a term of twelve (12) months.

**(SEE JUDGMENT AND COMMITTED ORDER)**

00:30