UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
05/05/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: TJ DEPUTY

**TO:** Clerk, United States District Court

Attention: Teresa Jackson, Deputy Clerk     Date: May 5, 2023

**SUBJECT: REQUEST FOR CALENDAR DATE**

| NAME | DOCKET NO. | BOOKING NO. |
|---|---|---|
| ANDERSON SAM BONILLA ECHEGOYEN | 2:18-CR-00876-JAK-1 | 77598-112 |

| DATE IN LOCAL CUSTODY | DEFENSE ATTORNEY* DAVID WASSERMAN, DFPD |
|---|---|
| N/A | TELEPHONE NO.: 213-894-5092 |

*As shown on Judgment

Please calendar the above-named defendant for a preliminary revocation of supervised release hearing on 5/11/2023 at 8:30 am. The Court has already scheduled a Status Hearing for that date. A citation will be issued to the offender.

Interpreter Needed?  ☐ Yes   ☒ No       Language Type: _____

HELEN ZAYTSEVA, 818-346-3065
U. S. PROBATION OFFICER

RANDY ORLOW, 818-346-1897
SUPERVISING PROBATION OFFICER

**FAX NO.**

*Routing of Request:* Orig. To Clerk's Office

*Copies to:* U. S. Attorney (Chief, Criminal Division)
Federal Public Defender (Chief Deputy)

---

### FOR CLERK'S USE ONLY

**PLEASE TAKE NOTICE** that the above-named defendant has been calendared for hearing before the Honorable John A. Kronstadt, United States District Judge on May 11, 2023 at 8:30 a.m./p.m. in Courtroom No. 10B.

CLERK, U. S. DISTRICT COURT

Date: May 5, 2023        By: /s/ T. Jackson-Terrell, Deputy Clerk

| Routing on Notice by Clerk: | Original - | Court File | ☒ |
|---|---|---|---|
| | cc: | U. S. Probation & Pretrial Services Office | ☒ |
| | | U. S. Attorney, Attn: Chief, Criminal Division | ☒ |
| | | Defense Attorney | ☐ |
| | | Federal Public Defender, Attn: Chief Deputy | ☒ |
| | | U. S. Marshal (Warrant Cases only) | ☐ |
| | | Interpreter Section, Clerk's Office (When needed) | ☐ |

SUP 216
1/10/07