UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | LA CR18-00876 JAK | Date | May 11, 2023 |
|---|---|---|---|

| Present: The Honorable | John A. Kronstadt, United States District Judge |
|---|---|
| Interpreter | |

| T. Jackson-Terrell | Kathy Stride | Sarah Gerdes |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Anderson Sam Bonilla Echegoyen | | | | David Wasserman, DFPD | | X | X |

**Proceedings:** PETITION ON PROBATION AND SUPERVISED RELEASE (DKT. 126)

The hearing is held. Helen Zaytseva, U.S. Probation & Pretrial Services Officer is also present. There is no appearance by the defendant. The Court confers with counsel and Ms. Zaytseva. Counsel represents that Defendant was informed of the scheduled hearing. The Court orders that a bench warrant be issued for Defendant for his failure to appear. If Defendant's counsel is able to contact Defendant and Defendant can then arrive in the courtroom later this morning, counsel shall notify the Courtroom Deputy Clerk by email. Once Defendant is detained, a new date will be scheduled for a hearing on the Petition (Dkt. 126).

**IT IS SO ORDERED.**

|  | : | 04 |
|---|---|---|
| Initials of Deputy Clerk | TJ | |

cc: USPO; USM; BOP