FILED

2023 JUL 26  AM 9: 08

CLERK U.S. DISTRICT
CENTRAL DIST OF CA
LOS ANGELES

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

Anderson Bonilla-Echegoyen

MS- 77898-112

**PLAINTIFF**

**DEFENDANT**

CASE NUMBER:                                  JB

2:18CR 876-JAK

REPORT COMMENCING CRIMINAL
ACTION

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

areas must be completed.  Any area not applicable or unknown should indicate "N/A".

Date and time of arrest:  7-25-2023          1050     ☒ AM  ☐ PM

The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:     ☐ Yes     ☒ No

Defendant is in U.S. Marshals Service lock-up (in this court building):     ☒ Yes     ☐ No

Charges under which defendant has been booked:

18 USC 3583

Offense charged is a:     ☒ Felony     ☐ Minor Offense     ☐ Petty Offense     ☐ Other Misdemeanor

Interpreter Required:     ☒ No     ☐ Yes     Language:

Year of Birth:  1987

Defendant has retained counsel:     ☒ No
☐ Yes     Name:     DUTY                    Phone Number:

Name of Pretrial Services Officer notified:  DUTY

Remarks (if any):

Name:  Matthew Starr          (please print)

Office Phone Number:  213 620 7676          13. Agency:  USMS

Signature:  Matt h          15. Date:  7-25-2023

54 (05/18)                    REPORT COMMENCING CRIMINAL ACTION