# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
       Plaintiff,
vs.

Anderson Sam Bonilla Echegoyen

       Defendant.

Western Division

Case #: **2:18-CR-00876-JAK**
Initial App. Date: **07/26/2023**
Time: **2:00 PM**

**Warrant/Bench - failure to appear**
Custody

Date Filed: **05/11/2023**
Violation: **18:3583**
CourtSmart/Reporter: **CS 07/26/2023**

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Alicia G. Rosenberg**

**CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE**

**PRESENT:**

| Karl Lozada | Alexander Gorin | / None |
|---|---|---|
| *Deputy Clerk* | *Assistant U.S. Attorney* | *Interpreter/Language* |

☑ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).

☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review

☑ Attorney: Kate Morris and ☑ DFPD, and ☑ Appointed

☑ Government's request for detention is: **GRANTED.**

☑ Defendant is ordered: Permanently Detained

☑ **PO/PSA WARRANT**. Counsel are directed to contact the clerk for John A. Kronstadt for the setting of further proceedings.

~~☑ Preliminary Hearing set for~~

☑ Abstract of Court Proceeding--CR-53 issued. Copy forwarded to USM.

☑ Other: The Court reads the "Advisement of Defendant's Statutory & Constitutional Rights" for Anderson Sam Bonilla Echegoyen. Anderson Sam Bonilla Echegoyen refused to confer with counsel.

☑ PSA, ☑ READY

Deputy Clerk Initials: **kl**
00 : 30