# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. ANDERSON SAM BONILLA ECHEGOYEN DEFENDANT. | CASE NUMBER 18-CR-876-JAK ABSTRACT OF COURT PROCEEDING |
|---|---|

**TO:** UNITED STATES MARSHAL AND/OR WARDEN OF DEFENDANT'S FACILITY OF CONFINEMENT:

You are hereby notified that the Honorable **ALICIA G. ROSENBERG**,
☐ United States District Judge  ☑ United States Magistrate Judge, has this date ☑ ordered ☐ recommended that the above-named federal prisoner be:

☐ Allowed to make ☐ ____ social ☐ ____ legal telephone call(s) at prisoner's own expense;
   ☐ forthwith                     ☐ as soon as possible              ☐ as requested, at suitable times

☐ Allowed social visits            ☐ Dressed in civilian clothing for court appearances

☐ Housed or designated to ☐ MDCLA ☐ Other _____

☑ Provided with a medical examination and/or medical treatment for **Bactrim, Resperidone**
A report regarding this examination/treatment is to be submitted to the court on or before **regarding recent foot surgery; mental health issues**

☐ Provided with a psychiatric/psychological examination. A report regarding this examination/treatment is to be submitted to the court on or before _____

☐ Provided with dental treatment. A report regarding this examination/treatment is to be submitted to the court on or before _____

☐ Other _____

**THIS DOCUMENT SHALL IMMEDIATELY BE FORWARDED TO THE FACILITY WHERE DEFENDANT IS HOUSED.**

Dated: **JULY 26, 2023**      By: **K. LOZADA**
                                  CLERK U.S. DISTRICT COURT
                                  Deputy Clerk

**RETURN TO CLERK'S OFFICE**
☐ Western Division-Los Angeles   ☐ Southern Division-Santa Ana   ☐ Eastern Division-Riverside

This abstract was received on _____

☐ The aforementioned order(s) were or will be complied with on: _____

☐ The aforementioned order(s) were not complied with for the following reasons: _____

_____    _____    _____
Name (Print)            Title                   Signature

cc: ☒ MDC, ☒ Cell block

CR-53 (10/22)                    ABSTRACT OF COURT PROCEEDING