UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES - GENERAL

| Case No. | **ED CR 18-0171-TJH** | Date | JUNE 18, 2018 |
|---|---|---|---|

| Present: The Honorable | TERRY J. HATTER, JR.  UNITED STATES DISTRICT JUDGE PRESIDING |
|---|---|
| Interpreter | N/A |

| YOLANDA SKIPPER | NOT REPORTED | EDWARD HAN (Not Present) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 2. **RAYMOND DIAZ** AKA: Raymond Anthony Diaz, Raymond Diaz-Cruz | NOT | ✗ | | 2. David Kaloyanides | NOT | ✗ | |

**Proceedings:   IN CHAMBERS - ORDER AND NOTICE TO PARTIES**

Counsel are hereby notified that the above matter is currently set on the Court's calendar for a Status Conference on June 25, 2018, and now on the Court's own motion is hereby continued to **June 26, 2018 at 10:00 a.m.**

IT IS SO ORDERED.

CC: All parties, USPO, PTS

CR0-11                                    CRIMINAL MINUTES - GENERAL              Initials of Deputy Clerk <u>YS</u>