# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. | ED CR 18-0171-TJH |
| Date | APRIL 28, 2023 |

Present: The Honorable **TERRY J. HATTER, JR. UNITED STATES DISTRICT JUDGE PRESIDING**

Interpreter: N/A

| YOLANDA SKIPPER | NOT REPORTED | JOSEPH DE LEON (Not Present) |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 2. RAYMOND DIAZ | NOT | | X | 2. RICHARD D. GOLDMAN, DFPD | NOT | | X |

**Proceedings:** IN CHAMBERS - NOTICE TO ALL PARTIES

Counsel are hereby notified that on the Court's own motion, the Revocation of Supervised Release hearing currently scheduled for May 1, 2023, is hereby ordered continued to **JUNE 26, 2023 at 10:00 a.m.**

IT IS SO ORDERED.

CC: all parties, Susie Rodriguez USPO, Jacqueline Rodriguez PTS

CR-11) CRIMINAL MINUTES - GENERAL                                     Initials of Deputy Clerk YS