# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ANDERSON SAM BONILLA ECHEGOYEN,<br><br>  Defendant. | No. LA CR18-00876-JAK<br><br>**ORDER RE STIPULATION TO CONTINUE PRELIMINARY REVOCATION HEARING (DKT. 140)** |

Based on a review of the Stipulation to Continue Preliminary Revocation Hearing (the "Stipulation" (Dkt. 140)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is APPROVED.

The preliminary revocation hearing in this matter is continued from September 7, 2023 to September 28, 2023, at 8:30 a.m., with the specific time to be set once the final calendar issues for that date.

**IT IS SO ORDERED.**

Dated: September 1, 2023     By  _____
                              John A. Kronstadt
                              United States District Judge