KATE L. MORRIS (Bar No. 332159)
321 East 2nd Street
Los Angeles, CA 90012
Telephone: (213) 894-2854
E-mail: Kate_Morris@fd.org

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 18-CR-00876-JAK |
| v. | |
| ANDERSON SAM BONILLA ECHEGOYEN | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged:  (**List Documents**)

(1) Unopposed Ex Parte application to file under seal;
(2) [Proposed] order; and
(3) Under seal documents

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

September 27, 2023                              Kate Morris
Date                                                      Attorney Name
                                                             Anderson Sam Bonilla Echegoyen
                                                             Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                            **NOTICE OF MANUAL FILING OR LODGING**