UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | LA CR18-00876 JAK | Date | September 28, 2023 |
|---|---|---|---|

Present: The Honorable   John A. Kronstadt, United States District Judge

Interpreter

| T. Jackson-Terrell | Marea Woolrich | J. Jamari Buxton |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Anderson Sam Bonilla Echegoyen | X | | X | Kate Morris, DFPD | X | X | |

**Proceedings:**   **PETITION ON PROBATION AND SUPERVISED RELEASE (DKT. 126)**

The hearing is held. Helen Zaytseva, U.S. Probation Officer, is also present. The Court confers with counsel, Officer Zaytseva and Defendant regarding the allegations and statements in the Petition on Probation and Supervised Release filed on May 5, 2023 (the "Petition" (Dkt. 126). After being sworn and advised of his rights not to respond to questions, and to a hearing as to whether he committed any of the alleged violations, Defendant waives those rights, and admits to the matters stated in Allegations 1-4 of the Petition. Defendant's counsel joins in the waivers and stipulates that there is a factual basis for the matter admitted. The Court accepts the admissions as knowingly, voluntarily, and intelligently made and supported by a sufficient factual basis.

At the request of Defendant's counsel, and without objection by the Government, the Court proceeds to immediate sentencing.

The Defendant is found in violation of his supervised release. The Court orders that the term of supervised release is revoked, vacated and set aside. Anderson Sam Bonilla Echegoyen is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of FIVE (5) MONTHS, with no supervision to follow.

The Court recommends that the Bureau of Prison shall make good faith effort to communicate with counsel for Defendant as well as counsel for the Government in this matter, to facilitate proper medical treatment for Defendant while he is in custody, which includes appropriate medications and other treatment for his medical condition.

Defendant is advised of his right of appeal.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

                                                                    :    19

                                    Initials of Deputy    TJ
                                              Clerk

cc: USPO; USM; BOP